FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

OSWALDO ANTONIO SALAZAR,

Petitioner,

v.

ERIC H. HOLDER Jr., Attorney General,

Respondent.

No. 07-74956

Agency No. A073-967-205

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Oswaldo Antonio Salazar, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for a waiver of

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

inadmissibility under Immigration and Nationality Act § 212(h), 8 U.S.C.

§ 1182(h).  Our jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss in part

and deny in part the petition for review.

We lack jurisdiction to review the agency's dispositive discretionary

determination that Salazar did not merit a grant of § 212(h) relief.  *See* 8 U.S.C.

§ 1252(a)(2)(B)(i); *Mejia v. Gonzales*, 499 F.3d 991, 999 (9th Cir. 2007).

Salazar's remaining contentions are not persuasive.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**